**Lamarr Barthell DINGLE,**
**Petitioner-Appellant,**

v.

**DIRECTOR OF the DEPARTMENT**
**OF CORRECTIONS, Respondent-**
**Appellee.**

No. 17-6653

United States Court of Appeals,
Fourth Circuit.

Submitted: July 20, 2017

Decided: July 25, 2017

Lamarr Barthell Dingle, Appellant Pro
Se. Leah A. Darron, OFFICE OF THE
ATTORNEY GENERAL OF VIRGINIA,
Richmond, Virginia, for Appellee.

Before DUNCAN and WYNN, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Lamarr Barthell Dingle seeks to appeal
the district court's order denying relief on
his 28 U.S.C. § 2254 (2012) petition. The
order is not appealable unless a circuit
justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(A)
(2012). A certificate of appealability will
not issue absent "a substantial showing of
the denial of a constitutional right." 28
U.S.C. § 2253(c)(2) (2012). When the district court denies relief on the merits, a
prisoner satisfies this standard by demonstrating that reasonable jurists would find
that the district court's assessment of the
constitutional claims is debatable or
wrong. *Slack v. McDaniel*, 529 U.S. 473,
484, 120 S.Ct. 1595, 146 L.Ed.2d 542
(2000); *see Miller-El v. Cockrell*, 537 U.S.
322, 336-38, 123 S.Ct. 1029, 154 L.Ed.2d
931 (2003). When the district court denies
relief on procedural grounds, the prisoner
must demonstrate both that the dispositive
procedural ruling is debatable, and that
the petition states a debatable claim of the
denial of a constitutional right. *Slack*, 529
U.S. at 484-85, 120 S.Ct. 1595.

We have independently reviewed the
record and conclude that Dingle has not
made the requisite showing. Accordingly,
we deny a certificate of appealability, deny
leave to proceed in forma pauperis, and
dismiss the appeal. We dispense with oral
argument because the facts and legal contentions are adequately presented in the
materials before this court and argument
would not aid the decisional process.

*DISMISSED*